UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

National Shopmen Pension Fund

                Plaintiff(s),                      Case No. 17cv10289

v.                                                Honorable Gershwin A. Drain

Ally Financial Inc.

                Defendant(s).
_____/

### ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: February 22, 2017                              s/Gershwin A. Drain
                                                            Gershwin A. Drain
                                                             U.S. District Judge

---

Pursuant to this order, this case is reassigned to Judge Judith E. Levy.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: February 22, 2017                              s/ S Schoenherr
                                                             Deputy Clerk