UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

National Shopmen Pension Fund,

Plaintiff(s),

v.

Case No. 5:17−cv−10289−JEL−MKM
Hon. Judith E. Levy

Ally Financial Inc., et al.,

Defendant(s),

**NOTICE OF REMAND**

TO: OAKLAND COUNTY CIRCUIT COURT

Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

Please acknowledge receipt of these documents by returning a time−stamped copy of this Notice to:

Clerk's Office
U.S. District Court for the Eastern District of Michigan
231 W. Lafayette Boulevard, 5th Floor
Detroit, Michigan 48226
(313) 234−5005

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

DAVID J. WEAVER, CLERK OF COURT

By: s/D. Worth
Deputy Clerk

Dated: May 26, 2017