Return

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED
JUN - 6 2017
CLERK'S OFFICE
U.S. DISTRICT COURT

National Shopmen Pension Fund,

                Plaintiff(s),

v.

Ally Financial Inc., et al.,

                Defendant(s),

Case No. 5:17-cv-10289-JEL-MKM
Hon. Judith E. Levy

## NOTICE OF REMAND

TO: OAKLAND COUNTY CIRCUIT COURT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:

    Clerk's Office
    U.S. District Court for the Eastern District of Michigan
    231 W. Lafayette Boulevard, 5th Floor
    Detroit, Michigan 48226
    (313) 234-5005

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                DAVID J. WEAVER, CLERK OF COURT

                By: s/D. Worth
                      Deputy Clerk

Dated: May 26, 2017